[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 21, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14637

_____

D. C. Docket No. 06-00053-CV-RLV-4

SABRINA DANT,
MARGARET HINSON,

Plaintiffs-Appellants,

versus

BEAULIEU OF AMERICA, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(April 21, 2008)**

Before TJOFLAT and MARCUS, Circuit Judges, and VINSON,* District Judge.

PER CURIAM:

_____

* Honorable C. Roger Vinson, United States District Judge for the Northern District of Florida, sitting by designation.

In this employment discrimination case, Sabrina Dant and Margaret Hinson (together, "appellants") appeal from an order of the United States District Court for the Northern District of Georgia granting final summary judgment in favor of the defendant, Beaulieu of America, Inc. ("Beaulieu").

Appellants claim that Beaulieu discriminated against them in a variety of ways, including gender discrimination, by refusing to award them certain promotions and tolerating a sexually hostile work environment, in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e et seq. Hinson also claims that Beaulieu violated the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, by requiring her to take on added responsibility without making reasonable accommodation for her heart condition. Finally, Dant alleges that Beaulieu retaliated against her for complaining about its hostile work environment in violation of Title VII, 42 U.S.C. § 2000e-3(a).

After thorough review, we affirm the final judgment of the district court based on the detailed and well-reasoned Report and Recommendation of the magistrate judge, dated September 18, 2007.

AFFIRMED.